UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MICHELLE BRETLAND, | : | Case No. 3:20-cv-510 |
| Plaintiff, | : : | Magistrate Judge Sharon L. Ovington (by full consent of the parties) |
| vs. | : : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. No. 15). The parties agree that the ALJ's findings, including the prior non-disability finding, shall be vacated and this matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, re-evaluate all of the evidence in the record, including medical opinions, and issue a new decision applying the sequential evaluation.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. No. 15) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

December 2, 2021  *s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge